Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
Bryan J. Ure, Esq.
Nevada Bar No. 11004
bure@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant WALMART INC. d/b/a
WALMART #2592

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENORRIS J. THOMAS, an Individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>WAL-MART, INC. d/b/a WALMART #2592, a Foreign Corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX inclusive,<br><br>                    Defendants. | CASE NO.: 2:23-CV-00814<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED to by Plaintiff, DENORRIS J. THOMAS and Defendant WAL-MART, INC. d/b/a WALMART #2592, by and through their respective counsel of record, that the above-entitled matter is hereby dismissed in its entirety with prejudice, with each of the parties to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

*Denorris J Thomas vs. Wal-Mart Inc., et al.*
*Case No.: 2:23-cv-00814*
*Stipulation and Order for Dismissal with Prejudice*

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

**STIPULATED AND AGREED TO:**

DATED this 22nd day of January, 2024

**MURCHISON & CUMMING, LLP**


By: */s/ Michael J. Nunez*
    Michael J. Nuñez, Esq.
    Nevada Bar No. 10703
    Bryan J. Ure, Esq.
    Nevada Bar No. 11004
    Attorneys for Defendant WALMART INC.
    d/b/a WALMART #2592

DATED this 19th day of January, 2024

**CHRISTIANSEN TRIAL LAWYERS**


By: _____
    Keely P. Chippoletti, Esq.
    Nevada Bar No. 13931
    710 South 7th Street, Suite B
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Denorris J Thomas vs. Wal-Mart Inc., et al.*
*Case No.: 2:23-cv-00814*
*Stipulation and Order for Dismissal with Prejudice*

## ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**ORDERED, ADJUDGED AND DECREED** that that the above-entitled action be, and the same hereby is, dismissed with prejudice, each of the parties to bear its own fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted by:

**MURCHISON & CUMMING, LLP**

**Dated:** January 23, 2024

*/s/ Michael J. Nunez*
_____
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Bryan J. Ure, Esq.
Nevada Bar No. 11004
bure@murchisonlaw.com
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant
WALMART INC. d/b/a WALMART #2592